LAW OFFICES OF
# SCHWARTZ & LIVOTI, LLP
1050 FRANKLIN AVENUE
GARDEN CITY, N Y 11530
(516) 833-5630
FAX (516) 833-5631



RECEIVED
MAY - 8 2007
CHAMBERS OF
COLLEEN McMAHON

FRANK J. LIVOTI

email address:
fjlivoti@aol.com

May 8, 2007

**Via Facsimile: 914-390-4152**
Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

5/10/07
Approved

Re: United States v. Shah, etal.
07-CR-357(CM)

Dear Judge McMahon:

Pursuant to my client, Dinesh Shah's bail conditions, his travel is restricted to the Southern and Eastern Districts of New York. On behalf of Mr. Shah we request the court's permission for Mr. Shah to travel to Boston, Massachusetts by automobile departing New York on Friday, May 11, 2007 and returning Sunday May 13, 2007. The purpose of Mr. Shah's travel to Boston is to pick up his daughter who is a student at Boston University and to assist her in packing up her dormitory belongings and returning to their home in Woodbury, New York.

I have discussed this matter with AUSA William J. Stellmach and Mr. Stellmach has agreed to consent to this request provided that we provide Mr. Stellmach with Mr. Shah's itinerary and a contact telephone number. By separate letter to Mr. Stellmach we are providing him with Mr. Shah's itinerary and contact telephone number.

Accordingly, we request that the court endorse this letter authorizing Mr. Shah's travel to Boston, Massachusetts as set forth above.

Very truly yours,

Frank J. Livoti, Esq.

FJL:jw

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/10/07

cc: AUSA William J. Stellmach
Via Facsimile: 212-637-2429