SCHWARTZ & LIVOTI, LLP
ATTORNEYS AT LAW
1050 FRANKLIN AVENUE
GARDEN CITY, NEW YORK 11530

TEL (516) 833-5630
FAX (516) 833-663.

FRANK J. LIVOTI

email address:
flivoti@schwartzlivotillp.com

**MEMO ENDORSED**

RECEIVED JUN 27 2007
CHAMBERS OF
COLLEEN McMAHON

June 27, 2007

**Via Facsimile: 914-390-4152**
Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*6/28/07*
*Granted*
*with Gov't. Consent*
*/s/ M.*

Re: United States v. Shah, etal.
  07-CR-357(CM)

Dear Judge McMahon

Pursuant to my client, Dinesh Shah's bail conditions, his travel is restricted to the Southern and Eastern Districts of New York. On behalf of Mr. Shah we request the court's permission for Mr. Shah to travel to New Jersey by automobile departing on July 4, 2007 and returning on July 9, 2007  He will be staying at the Sheraton Hotel, Edison, New Jersey. The purpose of Mr. Shah's travel to New Jersey is to attend the Jaina convention

Notice of this request is being sent to AUSA William J. Stellmach.

Accordingly, we request that the court endorse this letter authorizing Mr. Shah's travel to New Jersey as set forth above.

Very truly yours,

Frank J. Livoti, Esq

FJL:jw

cc: AUSA William J. Stellmach
  Via Facsimile: 212-637-2429

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____