# SCHWARTZ & LIVOTI, LLP
ATTORNEYS AT LAW
1050 FRANKLIN AVENUE
GARDEN CITY, NEW YORK 11530

TEL (516) 833-5630
FAX (516) 833-5631

FRANK J. LIVOTI

email address:
flivoti@schwartzlivotillp.com

RECEIVED
AUG - 1 2007
CHAMBERS OF
COLLEEN McMAHON

## MEMO ENDORSED

July 31, 2007

Via Facsimile: 212-805-6326
Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*[Handwritten endorsement: 8/1/07 On consent of the government, I hereby authorize this travel. CMcM]*

Re: United States v. Shah, etal.
     07-CR-357(CM)

Dear Judge McMahon:

Pursuant to my client, Dinesh Shah's bail conditions, his travel is restricted to the Southern and Eastern Districts of New York. On behalf of Mr. Shah we request the court's permission for Mr. Shah to travel by automobile for family weekends to various destinations as follows:

| | | |
|---|---|---|
| Lake George, NY | - August 3, 4 & 5 | - Staying at Best Western |
| Edison, New Jersey | - August 10, 11 & 12 | - Staying at friend's house |
| Poconos, PA | - August 17, 18 & 19 | - Staying at Shannon Inn |
| Maryland & Washington, DC | - August 24, 25 & 26 | - Staying at cousin's house |
| Edison, New Jersey | - August 31, Sept 1 & 2 | - Staying at friend's house |

Notice of this request is being sent to AUSA William J. Stellmach.

Accordingly, we request that the court endorse this letter authorizing Mr. Shah's travel as set forth above.

Very truly yours,

Frank J. Livoti, Esq.

FJL:jw

cc:  AUSA William J. Stellmach
     Via Facsimile: 212-637-2429

*[Handwritten: gov't consents]*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/01/07