



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

MEMO ENDORSED

November 2, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 11/5/07

**BY HAND DELIVERY**

Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Shah, et al.,
07 Cr. 357 (CM)

Dear Judge McMahon:

The Government respectfully requests, with the consent of defense counsel, that time be excluded, pursuant to 18 U.S.C. § 3161(h)(8)(A), until the conference on November 28, 2007. Your Honor had excluded time through today, when the conference was originally scheduled. Such an exclusion will enable the parties to continue discussions regarding a possible disposition in this case. Accordingly, the Government submits that excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial.

If Your Honor requires any additional information, please do not hesitate to contact me.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: William J. Stellmach
William J. Stellmach
Assistant United States Attorney
(212) 637-2101

cc: Thomas F.X. Dunn, Esq.
Richard Lind, Esq.
Frank Livoti, Esq.

SO ORDERED.

HONORABLE COLLEEN MCMAHON
United States District Court Judge
Southern District of New York