# SCHWARTZ & LIVOTI, LLP
### ATTORNEYS AT LAW
1050 FRANKLIN AVENUE
GARDEN CITY, NEW YORK 11530

TEL (516) 833-5630
FAX (516) 833-5631

FRANK J. LIVOTI

email address:
flivoti@schwartzlivotillp.com

December 20, 2007

**Via Facsimile: 212-805-6326**
Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   United States v. Shah, etal.
      07-CR-357(CM)

12-21-07
Granted

Dear Judge McMahon:

    Pursuant to my client, Dinesh Shah's bail conditions, his travel is restricted to the Southern and Eastern Districts of New York. On behalf of Mr. Shah we request the court's permission for Mr. Shah to travel to New Jersey by automobile departing on December 22, 2007 and returning on December 25, 2007. He will be staying at a friend's house in Edison, New Jersey. The purpose of Mr. Shah's travel to New Jersey is to attend holiday celebrations with extended family.

    Notice of this request is being sent to AUSA William J. Stellmach.

    Accordingly, we request that the court endorse this letter authorizing Mr. Shah's travel to New Jersey as set forth above.

Very truly yours,

Frank J. Livoti, Esq.

FJL:jw

cc:   AUSA William J. Stellmach
      Via Facsimile: 212-637-2429

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/7