AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __NEW YORK__

| United States of America | | **APPEARANCE** |
|---|---|---|
| v. | | |
| Dinesh Dayabhai Shah, et al. | Case Number: | 07 Cr. 357 (CM) |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

United States of America

I certify that I am admitted to practice in this court.

| March 6, 2008 | _[signature]_ |
| Date | Signature |
| | Sharon Frase — SF-4906 |
| | Print Name — Bar Number |
| | U.S. Attorney's Office - 1 St. Andrew's Plaza |
| | Address |
| | New York, New York 10007 |
| | City — State — Zip Code |
| | (212) 637-2329 — (212) 637-0421 |
| | Phone Number — Fax Number |