# SCHWARTZ & LIVOTI, LLP

ATTORNEYS AT LAW
1050 FRANKLIN AVENUE
GARDEN CITY, NEW YORK 11530

FRANK J. LIVOTI

TEL (516) 833-5630
FAX (516) 833-5631

email address:
flivoti@schwartzlivotillp.com

March 19, 2008

**Via Facsimile: 212-805-6326**
Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Shah, etal.
07-CR-357(CM)

Dear Judge McMahon:

Pursuant to my client, Dinesh Shah's bail conditions, his travel is restricted to the Southern and Eastern Districts of New York. On behalf of Mr. Shah we request the court's permission for Mr. Shah to travel to San Jose, California from April 7, 2008 through April 14, 2008. Flight details are as follows:

JFK to San Jose - April 7, 2008 - Flight No. Jet Blue 173
San Jose to JFK - April 14, 2008 - Flight No. Jet Blue 174

Mr. Shah will be staying at the following addresses:

c/o Divya Shah, 65 Amboy Drive, San Jose, CA 95111
Tel #: 408-265-3398

c/o Ashok B. Shah, 116 Spring Haven Court, San Jose, CA 95111
Tel #: 408-629-2355

Notice of this request is being sent to AUSA William J. Stellmach.

Accordingly, we request that the court endorse this letter authorizing Mr. Shah's travel to California as set forth above.

Very truly yours,

Frank J. Livoti, Esq.

FJL:jw

cc: AUSA William J. Stellmach
Via Facsimile: 212-637-2429

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/08

**MEMO ENDORSED**
3/24/08
AUSA Stellmach represents that the gov't has no objection to the request. The Court grants defendant's request.