# SCHWARTZ & LIVOTI, LLP
### ATTORNEYS AT LAW
1050 FRANKLIN AVENUE
GARDEN CITY, NEW YORK 11530

FRANK J. LIVOTI

TEL (516) 832-5630
FAX (516) 833-5631

email address:
flivoti@schwartzlivotillp.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/08

April 29, 2008

**Via Facsimile: 212-805-6326**

Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: United States v. Shah, etal.
     07-CR-357(CM)

Dear Judge McMahon:

  Pursuant to my client, Dinesh Shah's bail conditions, his travel is restricted to the Southern and Eastern Districts of New York. On behalf of Mr. Shah we request the court's permission for Mr. Shah to travel to E. Brunswick and Edison, New Jersey to pick up his vehicle which has been released by the Marshal. Details are as follows:

**Thursday, May 1, 2008 through Sunday, May 4, 2008**

Notice of this request is being sent to AUSA William J. Stellmach.

  Accordingly, we request that the court endorse this letter authorizing Mr. Shah's travel to New Jersey as set forth above.

Very truly yours,

Frank J. Livoti

FJL:jw

cc: AUSA William J. Stellmach
  Via Facsimile: 212-637-2429

**MEMO ENDORSED**

4/30/08
Defendant can leave his home for one day between 5/1 and 5/4, for the several hours it will take to retrieve his vehicle.

Colleen McMahon